UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WAYNE A. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.  3:13-0923 |
| ) | Judge Campbell |
| AMERIDOSE, LLC, et al, ) | Magistrate Judge Bryant |
| ) | |
| Defendants. ) | |

### O R D E R

The initial case management conference scheduled on November 18 2013, at 9:30 a.m. is hereby rescheduled to **Monday, December 16, 2013, at 1:00 p.m.** The parties shall file a proposed initial case management order three (3) business days prior to the conference.

It is so **ORDERED**.

_____
JOHN S. BRYANT
United States Magistrate Judge